# UNITED STATES DISTRICT COURT

for the

_________ District of Northern Mariana Islands

_________ Division

ZAJI OBATALA ZAJRADHARA

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Northern Mariana College and (3) Doe(s)

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. CV 24-00006

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☒ No

FILED
Clerk
District Court

APR 09 2024

for the Northern Mariana Islands
By JP
(Deputy Clerk)

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | ZAJI OBATALA ZAJRADHARA |
| Street Address | P.O. Box 506141 |
| City and County | Saipan, MP 96950 |
| State and Zip Code | |
| Telephone Number | 670-233-0101 |
| E-mail Address | Zajiversal@yahoo.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | NORTHERN MARIANAS COLLEGE |
| Job or Title *(if known)* | ATTORNEY MARK A. SCOGGINS |
| Street Address | ~~2nd Floor~~ P.O. BOX 501127 |
| City and County | Saipan, MP 96950 |
| State and Zip Code | |
| Telephone Number | 670-234-7455 or 234-7427 |
| E-mail Address *(if known)* | scogginslawoffice@gmail.com |

Defendant No. 2

| | |
|---|---|
| Name | John/Jane Doe |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Jane/John Doe |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Jane/John Doe |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Tongol v. Usery 601 F.2d 1091, 1097 (9th Cir. 1979) Brown v. B.O.E (1954), 42 U.S.C. 1983, & Title 7, Retaliation.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* Zaji Obatala Zajradhara, is a citizen of the State of *(name)* Saipan, MP-United States

b. If the plaintiff is a corporation

The plaintiff, *(name)* ______, is incorporated under the laws of the State of *(name)* ______, and has its principal place of business in the State of *(name)* ______.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ______, is a citizen of the State of *(name)* ______. Or is a citizen of *(foreign nation)* ______.

b. If the defendant is a corporation

The defendant, *(name)* NORTHERN MARIANAS College is incorporated under the laws of the State of *(name)* Saipan, MP-United States, and has its principal place of business in the State of *(name)* CNMI-USA.

Or is incorporated under the laws of *(foreign nation)* ______,

and has its principal place of business in *(name)* ______.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)* (3) Jane/John Doe

3. The Amount in Controversy ONE HUNDRED MILLION DOLLARS ($100,000,000.00)

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Please (See) ATTACHED

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Violation of my Civil Rights, Access to Federally funded Programs, Public Humiliation, Mental Anguish, Pain & Suffering, False Allegations, Slander, ~~and~~, Attempted ~~Arrest~~, False Arrest, Extortionistic threats and Retaliation

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Since, ~~2019~~ 2018-2019 until Present NMC-SBDC, has denied me access to educational opportunities, access to federally funded Programs, and Services (See Attached) these denials has Caused Undue/untold Financial, Emotional, Mental & Physical Suffering & hardship; Not only to Myself (Personally) but my Businesses & my Children (financial Breakdown)

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: ______________

Signature of Plaintiff ______________

Printed Name of Plaintiff ZAJI OBATALA ZAJRADHARA

### B. For Attorneys

Date of signing: ______________

Signature of Attorney ______________

Printed Name of Attorney ______________

Bar Number ______________

Name of Law Firm ______________

Street Address ______________

State and Zip Code ______________

Telephone Number ______________

E-mail Address ______________

**UNITED STATES DISTRICT COURT OF THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

Dated: April ~~11th~~ 9th 2024

**LAYMANS' VERIFIED COMPLAINT, ,**
RULE 34a (ESI) DISCOVERY,
SUBPOENA(S) AD TESTIFICANDUM ,
SUBPOENA DUCES TACUM,

**ZAJI OBATALA ZAJRADHARA**
Plaintiff

Civil Action #

Vs

**NORTHERN MARIANA COLLEGE and (3) DOEs**
Defendant

**YOUR HONOR,**

**I am a Pro Se litigant, I DO NOT POSSESS ANY FORMAL LEGAL TRAINING and I will try my best to clearly show that this company is attempting to create any type of criminal violation against me; as it has repeatedly, and as testified to in its own words, "rejected and denied me access to federally funded programs and services; yet as this filing shall prove-did so, without any basis; without federal consent, and did so without any probable cause.**

**It is a known fact in both Criminal and Civil rights law, that merely because you have a group of individuals "conspiring / orchestrating to concoct, create and produce a false narrative against any person in order to support a false legal claim against said person; that lacks any form of actual physical evidence. In other words, NMC-SBDC, violated my 14th Amendment Rights; they then subjected me to Retaliation, Public Humiliation, and Attempted Arrest based on FALSE ALLEGATIONS, as a federally funded entity; and therefore has violated my rights under:**

***Even where state officials are administering a federally funded program, the state officials are still acting under color of state law. See Tongol v. Usery, 601 F.2d 1091, 1097 (9th Cir. 1979).***

Brown v. Board of Education (1954)

14th Amendment (Equal Protection Clause):

Section 1983 of the Civil Rights Act of 1871 (42 U.S.C. § 1983):

Title VI of the Civil Rights Act of 1964

**Retaliation:** Laws such as Title VI, Title IX, and IDEA also include provisions that protect individuals from retaliation for opposing discriminatory practices or filing civil rights complaints.

Now, the Plaintiff, having already violated the Defendants Civil Rights; is in search of a "Crime" a "Cause" of their illegal actions.

Yet, in all actuality there exists none, as these Exhibits shall clearly demonstrate.

**Your Honor,**
members of the esteemed court, I stand before you today, Zaji O. Zajradhara, falsely accused and unjustly targeted. The allegations presented against me are not merely baseless fabrications; they are a calculated attempt to silence my voice, deny me access to federally funded educational, as well as business related program and services and thwart my tireless pursuit of justice and accountability within the Commonwealth of the Northern Mariana Islands (CNMI).
In my humble opinion, the Court need only review the "Tone" and "Dictum" of Attorney Scoggins missives to me; does it appear or even sound representative of the unbiased, fact-finding, neutral representative nature of Juris Prudence?

This case exposes a deeply troubling pattern of systemic discrimination and malicious retaliation woven into the fabric of the CNMI government; **Prima Facie: the CNMI government House Resolution 21-05 terming myself, "Persona Non Grata".**
For years, I have endeavored to illuminate the systemic injustices inflicted upon myself and others, injustices that directly contravene the very spirit of federal law and the fundamental principles upon which this nation was founded. Those in positions of power within the CNMI have sought to extinguish my voice, weaponizing a legal system they believe they can manipulate to crush any who dare challenge their authority.

**Background:**
In of 2018 / early 2019, I received a call from an Individual representing an "Unknown" agency located in our nations' Capitol; I was asked "If" I wanted to participate in a long term "Fact-Finding" report, I agreed and I affirmed that I would follow the proscribed guidelines and inquiries; since that date, I affirm to this court, as with our federal partners, that and during that time until the present, I have in no way or at no time VIOLATED SECTION: 18 U.S.C. 1001.

**Addressing the Allegations**
Let us dissect the allegations with the meticulous attention they demand:

It is incongruous that I would be handling information for our federal partners; while at the same time, calling this entity and subjecting them to ANY form of "harassment".

• **Vague and Unsubstantiated Evidence**: The prosecution's claims lack the fundamental elements of specificity and verifiability. No names of individuals I supposedly repeatedly harassed, no specific dates (with the exception of 3/13/2024- no time AM/PM given) or times, and no concrete statements or examples. This vagueness serves not to establish guilt but to cast a wide net of suspicion, hoping to ensnare me in a web of generalities.

• **Context Matters – Employment Filings**: My past employment filings against foreign

companies recruiting CW-1 labor involved extensive collaboration with federal partners, including the Department of Homeland Security and the U.S. Department of Labor. My role necessitated the development and advocacy of immigration, national security and employment policies aligned with both federal mandates and the unique needs of the American Worker in the CNMI and to expose the rampant CW-1 fraud that exists within the CNMI labor system. Any assertion that my actions were counter to these aims is a gross misrepresentation of my professional responsibilities.

**The Phantom Phone Call**: A pivotal allegation rests upon a phone call on March 13th, 2024, in which I am accused of making "ape, animal, or alien sounds?" The lack of context, the absence of a specific accuser, and the outlandish nature of the accusation render it both unreliable and deeply prejudicial. As a father of three young children ages 3 thru 7, it is entirely plausible that any perceived "loud sounds" could simply have been my efforts to manage my energetic family; while on the phone. Is fatherhood itself now to be criminalized?

- **(I am more than willing to submit my IT&E phone records for the Courts' Review, upon request; as well, I am requesting the Phone records of NMC-SBDC)**

- **Presumption of Guilt**: The prosecution paints me as an inherently threatening figure (Angry Big Black Man Trope). This racially-charged stereotyping is a dangerous tactic designed to evoke fear and prejudice rather than rely on evidence. In this era of rampant "Insta-Selfie everything" technology, why is there no audio or video evidence to substantiate this outlandish claim; when ALL NMC-SBDC employees have paid subscription services and are working in close proximity of one another or could merely record from their personal cell phones; since, I am this great threat to their personal safety, no one thought to capture me in "Threatening Mode"?

The deafening silence surrounding this alleged incident speaks volumes.

### Freedom of Speech, Retaliation, and the Long Shadow of Discrimination

- **Exercising My Rights:** Throughout the years, I have consistently exercised my First Amendment rights by requesting audits, investigations, and raising concerns regarding discriminatory practices within the CNMI government. My actions have been grounded in a deep commitment to justice and a belief that the rule of law must apply equitably to all.

- **Retaliation in Disguise:** The timing of these allegations is deeply suspect. They have arisen only in the wake of my repeated attempts to expose misconduct and unlawful discrimination within the CNMI governing bodies (see attached, IRS Whistleblower form 211). This is not mere coincidence; it is a transparent attempt to silence a voice that challenges the status quo. The CNMI government cannot be permitted to weaponize the criminal justice system against its own citizens to suppress dissent and avoid accountability.

- **Historical Parallels:** The tactics employed against me evoke a shameful legacy of injustice within American history. The attempt to frame me as inherently dangerous and unstable, without a shred of credible evidence, echoes the abhorrent strategies used to dehumanize and persecute countless Intelligent "Big" Black Male Americans throughout our nation's past. This court must not allow history to repeat itself.

### Subpoenas and the Pursuit of Truth

To ensure a just and impartial trial, I respectfully request the following subpoenas:

- **DPS Officer Muna (Responding Officer)**: Their testimony will shed light on all interactions with me and mr scoggins, providing context for any alleged misconduct.

- **CNMI Office of the Public Auditor (OPA) Jose Cruz**: Mr. Cruz's insights as head of the OPA will be vital in analyzing financial irregularities and potential mismanagement of federal funds.

• **CNMI Office of the Attorney General (OAG) Mary Dikinsin:** The OAG's involvement in this case requires clear documentation for transparency and to uncover if there is an orchestrated effort of retaliation.

• **Northern Mariana College (NMC) President Galvin Guerrero and NMC-SBDC Director Nadine Guerrero:** Their testimonies are crucial for understanding the organizational dynamics and any potential discriminatory practices within NMC institutions.

• **Federal / Local Law Enforcement Agency Representatives:** I have been in ongoing communication with various federal agencies since 2018. Individuals including **Chester Hines** and **Lililian Tenorio** may have direct knowledge of my attempts to report discrimination and illegal activity within CNMI governing bodies; and the actions of NMC-SBDC Directly.

• **Mercyln Palec and Aldephi Magonaf?:** As potential witnesses to events in question, their perspectives could prove valuable in establishing context.

• **Crown Plaza Video (1/31/2024)**: Footage from this date may substantiate or refute allegations, providing essential visual evidence.

• **All Relevant Electronic Communications Rule 34a:** Emails, phone records, texts, messages, documents, related to my interactions with NMC-SBDC are essential in establishing the true nature of our communications and any discriminatory or retaliatory motives.

**Your Honor,**
The case before us transcends my individual circumstances. The evidence I shall present exposes a disturbing pattern of systemic discrimination deeply embedded within the CNMI government. My experience is not an anomaly but a reflection of a larger, insidious system designed to marginalize, silence, and deny opportunities to those who do not fit within the narrow confines of those in power.

**The U.S. Department of Justice (DOJ)** has a long and distinguished history of upholding civil rights and combating systemic discrimination across the nation. I implore this court to not only dismiss these baseless charges but to welcome a thorough investigation by the DOJ into the pervasive discriminatory practices that plague the CNMI.

**Change of Venue**: Ensuring Impartiality
Furthermore, to guarantee a fair and unbiased trial, I formally request a change of venue to Federal Court; as this case matter is truly based on various Federal Questions and Violations of Federal law. The CNMI's small, insular nature raises legitimate concerns about potential biases and conflicts of interest. A change of venue is essential to ensure that justice is not only served but is seen to be served without the shadow of undue influence.

**The Weight of Evidence and a Demand for Justice**

**Your Honor,**
I have meticulously documented a multitude of instances where I have been subjected to Discriminatory treatment, denied access to federally funded programs, and targeted with retaliatory actions.

- **Violations of 2 C.F.R Parts 200:203:** The NMC-SBDC has consistently contravened federal regulations governing the administration of federally funded programs. These violations have directly obstructed my organizations from accessing essential services and resources, causing significant harm and impeding our ability to serve the CNMI community.
- **Unlawful Denial of Educational Opportunities**: Despite my qualifications, I have been repeatedly denied access to educational programs and resources at NMC. This discriminatory practice not only violates my individual rights but undermines the very purpose of an educational institution - to foster knowledge and growth without prejudice.

**These are not isolated incidents; they** form a compelling body of evidence that exposes a deeply troubling pattern of discrimination and retaliation. I have exhausted all avenues of recourse within the CNMI system. My pleas for accountability have been met with silence, obstruction, and now, these fabricated charges.

**Legal Precedent and Protections**
The legal framework of the United States provides strong safeguards against the abuses I have endured.

- **Tongol v. Usery:** This landmark case established that state officials administering federal programs are bound by federal laws prohibiting discrimination. The CNMI government cannot hide behind a veil of sovereignty to perpetuate discriminatory practices
- **Title VI of the Civil Rights Act of 1964:** This law prohibits discrimination on the basis of race, color, or national origin in any program or activity receiving federal financial assistance. The evidence clearly demonstrates that I have been subjected to a pattern of discriminatory conduct that contravenes this fundamental principle.

**The Assault on My Character**
Attorney Scoggins has engaged in a calculated attempt to tarnish my reputation, portraying me as a volatile and threatening individual. These accusations are not only false but perpetuate harmful stereotypes that have no place in a just society. I refute all allegations of threats, harassment, or stalking. My actions have always been driven by a steadfast commitment to transparency, accountability, and the equal application of the law.

**The Cost of Silence**
The consequences of remaining silent in the face of injustice are far too great. If we allow systemic discrimination and retaliation to fester unchecked, we erode the very foundations of our democracy. My accusers seek not only to punish me but to intimidate and discourage any who might dare to challenge the prevailing power structures within the CNMI.

**A Call for Action**
**Your Honor,**
members of the court, the evidence I have presented casts a harsh light on the systemic failures within the CNMI government. This is not merely a matter of my individual rights but a battle for the soul of justice. I urge you to:

**1. Dismiss the charges against me:** The prosecution has failed to provide any credible evidence to substantiate their claims. This case is a gross misuse of the justice system designed to silence a voice for change.
**2. Welcome a DOJ Investigation**: A thorough investigation by the Department of Justice is essential to dismantle the discriminatory practices that plague the CNMI and restore faith in the rule of law.
**3. Request a change of venue:** To safeguard impartiality and guarantee a fair trial, relocating proceedings outside the CNMI is a necessary step.
**4. To Be Taken Under "Advisement by the Court"** all requests from the Defendant for Subpoenas, Discovery, Testimonials: Sanctions and prohibitions against NMC-SBDC from illegally prohibiting me from utilizing federally funded programs and services; as well as Attorney Scoggings, FOR HIS MOST RECENT 3/28/24, AND EXHIBIT#1 missives to myself most recent show a/the HARASSING BEHAVIOUR and all other relevant materials and/or disciplinary actions in order to continue to address this matter from a fair and impartial perspective.

My case is a clarion call for all who believe in justice, equality, and the transformative power of the law. It is time for the CNMI to be held accountable for its actions, and my accusers to face the consequences of their attempts to obstruct my fight for a better future.

I stand before you not in fear, but in unwavering determination. I shall not be silenced.
I shall not be broken.
I shall continue to fight until justice prevails.

STAY BLEST

*ZAJI OBATALA ZAJRADHARA*

APRIL ~~11~~TH 2024
9