AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Northern Marianas Islands

ZAJI O. ZAJRADHARA
*Plaintiff*
v.
NORTHERN MARIANAS COLLEGE, ~~GALVIN GUERRERO, NADINE GUERRERO, KEN LUJAN,~~ AND DOES 1 TO 3,
*Defendant*

Civil Action No. 1:24-cv-00006

F I L E D
Clerk
District Court

MAR 21 2025

for the Northern Mariana Islands
By_____
(Deputy Clerk)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ___ ), which includes prejudgment interest at the rate of ___ %, plus post judgment interest at the rate of ___ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: This action cannot proceed without an amended complaint, and Zajradhara has neither filed one nor requested an extension by the court-ordered deadline. For these reasons, the action is DISMISSED WITH PREJUDICE. See e.g., Cromartie v. Brown, No. CV 20-00242 LEK-RT, 2022 WL 171502, at *1 (D. Haw. Jan. 19, 2022) (dismissing complaint with prejudice when plaintiff failed to file amended complaint or request extension by court-ordered deadline). The court directs the Clerk's Office to enter final judgment and close the case on March 20, 2025, unless Zajradhara files a proper motion for reconsideration pursuant to the Federal Rules of Civil Procedure.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Frances M. Tydingco-Gatewood on a motion for Interlocutory Order Pursuant to 28 U.S.C. § 1292(b), ECF Nos. [27][28]. See Order Denying Request to Certify Order for Interlocutory Appeal and Dismissing Action, ECF No. [29].

Date: 3/21/2025

CLERK OF COURT

_____
William J. Bezzant, Chief Deputy Clerk
*Signature of Clerk or Deputy Clerk*